**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALEXANDRA ROBINSON,

                     Plaintiff,

        -against-                            20 **CIVIL** 8175 (VSB)

                                                     **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                     Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated September 12, 2023, Defendant's motion to dismiss

Plaintiff's Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 12, 2023

                                        **RUBY J. KRAJICK**

                                 _____

                                       **Clerk of Court**

                    **BY:**                  K. mango

                                    _____

                                       **Deputy Clerk**